UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRIAN S. MURPHY**  )<br>**PLAINTIFF**  )<br>  )<br>VS.  )<br>  )<br>**KEOLIS COMMUTER SERVICES, LLC**  )<br>**DEFENDANT**  ) | 1:20-CV-11287 |

**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1**

Plaintiff Brian Murphy ("Mr. Murphy") and Defendant, Keolis Commuter Services, LLC ("Keolis") hereby submit this joint statement pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1.

At the Scheduling Conference, the Parties intend to discuss the proposed joint discovery plan.

**DISCOVERY PLAN**

**JOINT PROPOSAL:**

1. **Initial Disclosures**. Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) have been exchanged by the parties.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after January 31, 2022

3. **Fact Discovery Deadline.** All discovery, including requests for production of documents, interrogatories, depositions, and all other fact discovery must be completed by June 15, 2022.

4. **Expert Discovery.**

   a. Plaintiff's trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26 (a)(2) must be disclosed 30 days after the close of Fact Discovery.

   b. Defendants' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26 (a)(2) must be disclosed 45 days after receipt of Plaintiff's trial experts.

4. **Dispositive Motions.**

   a. Dispositive motions must be served by September 14, 2022.

      b.      Oppositions to dispositive motions must be filed within 30 days after service of the motion.

5. **Running Trial List.**

The Parties request that the Court hold a Scheduling Conference after the close of Fact Discovery to schedule a hearing on Dispositive Motion(s), if any, and a Trial Date.

A. **CONSENT TO TRIAL BY MAGISTRATE JUDGE**

The parties do consent to a trial before Magistrate Judge Marianne B. Bowler.

B. **LOCAL RULE 16.1(D)(3) CERTIFICATION**

Plaintiff and Defendant certify that they have conferred with their counsel regarding the items set forth in Local Rule 16.1(D)(3).

         **RESPECTFULLY SUBMITTED,**

| PLAINTIFF | DEFENDANT |
|---|---|
| By his Attorneys, | By their Attorneys, |
| */s/ P. Matthew Darby* | */s/ Joseph A. King* |
| **P. Matthew Darby Esq. (admitted *pro hac vice*)** | **Joseph A. King, BBO #558164** |
| pmdarby@bsgfdlaw.com | jking@MurphyRiley.com |
| **Berman Sobin Gross Feldman & Darby** | **Murphy & Riley, P.C.** |
| **1301 York Road, Suite 600** | **125 High Street, Suite 2311** |
| **Lutherville, Maryland  21093** | **Boston, MA 02110** |
| Tel No.: (410) 769-5400 | Tel No.: (617) 423-3700 |

**DATED: 09/29/2021**

## **CERTIFICATE OF SERVICE**

I, Joseph A. King, Esq., hereby certify that on 29th day of September 2021, the within document filed through the CM/ECF system will be sent electronically to all attorneys of record.

                                                */s/ Joseph A. King*  
                                                Joseph A. King